UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WILSON LLIVISACA-LEON et al.,<br>Defendants. | CASE NO. 2:26-cr-00153-LK<br>ORDER CONTINUING TRIAL |

This matter comes before the Court on Wilson Llivisaca-Leon's Unopposed Motion To Continue Trial And Extend Pretrial Motions Deadline. Dkt. No. 19. Mr. Llivisaca-Leon is charged with one count of Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, and multiple counts of Distribution of a Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 18 U.S.C. § 2. Dkt. No. 5 at 1–4. He pleaded not guilty to the charges. Dkt. No. 13. Trial is currently set for October 5, 2026, with pretrial motions due August 21, 2026. *Id.*[1] Mr. Llivisaca-Leon requests "a continuance of the trial

[1] Co-Defendant Diego Llivisaca-Leon has not yet been arraigned on the indictment in this case.

to June 21, 2027, with a pretrial motions deadline consistent with the new trial date." Dkt. No. 19 at 1. He has waived his speedy trial rights through July 12, 2027. Dkt. No. 20. The Government does not oppose the request. Dkt. No. 19 at 1.

Mr. Llivisaca-Leon represents that the requested continuance is necessary "[d]ue to the sheer volume of the initial production" of discovery made on August 14, 2026, which "includes various media types but is especially saturated with video files[.]" *Id.* His "counsel requests additional time to review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, continue plea negotiations with the government, and explain potential plea, trial, or sentencing consequences with Mr. Llivisaca-Leon." *Id.* at 1–2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Llivisaca-Leon in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation—taking into account the exercise of due diligence—due to counsel's need for more time to review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, explore the need for expert witnesses, interview potential witnesses, and explain potential plea, trial, or sentencing consequences with Mr. Llivisaca-Leon. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Mr. Llivisaca-Leon reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion, Dkt. No. 19, and ORDERS that the trial date shall be continued to June 21, 2027, and the pretrial motions deadline shall be continued to May 10, 2027.

It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Llivisaca-Leon's trial must commence under the Speedy Trial Act.

Dated this 24th day of August, 2026.

Lauren King
United States District Judge